IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

TIMOTHY WAYNE KING,

        Plaintiff,

      v.

COUNTY OF JACKSON, a Political Subdivision
of the State of Oregon; MIKE WINTERS, Jackson
County Sheriff; DAVID AVERY, in his individual
and official capacity; JAMES GYLLENSKOG, in
his individual and official capacity; JANE DOES
1-3, in their individual and official capacity; and
JOHN DOES 1-15, in their individual and official
capacity,

        Defendants.

Case No. 1:11-cv-03048-CL

**ORDER**

PANNER, District Judge.

Pursuant to the parties' stipulated motion to dismiss (#33) and Federal Rule of Civil

Procedure ("Rule") 41 (a)(1)(A)(ii), this action is dismissed with prejudice and without costs or

attorney fees awarded to any party.

IT IS SO ORDERED.

DATED this ___**3/**___ day of May, 2012.

OWEN M. PANNER
United States District Judge

Page 1 – ORDER