IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| TIMOTHY WAYNE KING,<br><br>        Plaintiff,<br>    v.<br><br>COUNTY OF JACKSON, a Political Subdivision of the State of Oregon; MIKE WINTERS, Jackson County Sheriff; DAVID AVERY, in his individual and official capacity; JAMES GYLLENSKOG, in his individual and official capacity; JANE DOES 1-3, in their individual and official capacity; and JOHN DOES 1-15, in their individual and official capacity,<br><br>        Defendants. | Case No. 1:11-cv-03048-CL<br><br>**ORDER** |

PANNER, District Judge.

Pursuant to the parties' stipulated motion to dismiss (#33) and Federal Rule of Civil Procedure ("Rule") 41 (a)(1)(A)(ii), this action is dismissed with prejudice and without costs or attorney fees awarded to any party.

IT IS SO ORDERED.

DATED this __31__ day of May, 2012.

_____
OWEN M. PANNER
United States District Judge

Page 1 – ORDER